IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEAN M. ALLEN,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                  12-cv-154-wmc

RICHARD S. BROWN, PAUL LUNDSTEN,
PAUL B. HIGGENBOTHOM, MARGARET J.
VERGERONT, GARY E. SHERMAN,
BRIAN W. BLANCHARD and
JAMES M. FREIMUTH,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Dean M. Allen leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 5/30/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |