IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEAN M. ALLEN,

         Plaintiff,                            ORDER

                                                                 12-cv-154-wmc

RICHARD S. BROWN, *et al.*,

         Defendants.

---

On June 26, 2013, the court denied plaintiff Dean Allen's motion to alter or amend judgment after determining that he was not entitled to relief. Allen has now filed a notice of appeal. To date, however, he has neither paid the appellate docketing fee ($455) nor requested leave to proceed *in forma pauperis*. For his appeal to proceed, Allen must pay the docketing fee or submit a properly supported motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement, no later than July 29, 2013.

ORDER

IT IS ORDERED that, no later than July 29, 2013, Allen must pay the appellate docketing fee ($455) or submit a motion for leave to proceed *in forma pauperis* on appeal together with a certified copy of his inmate trust fund account statement.

Entered this 8th day of July, 2013.

                                                                 BY THE COURT:

                                                                 /s/
                                                                 PETER OPPENEER
                                                                 Magistrate Judge